**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

KINGRALE COLLINS,                                                                          PLAINTIFF
ADC #SK945

v.                                          5:12-cv-00299-SWW-JTK

SUSAN CLAUSINGS                                                                            DEFENDANT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff Collins' Motion to Proceed In Forma Pauperis (Doc. No. 1) is DENIED.

2.      Should Plaintiff wish to continue this case, he must submit the statutory filing fee of $350.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3.      Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of September 2012.

                                                                /s/Susan Webber Wright

                                                                UNITED STATES DISTRICT JUDGE