## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KINGRALE COLLINS,                                                                                    PLAINTIFF
ADC #SK945

v.                                          5:12-cv-00299-SWW-JTK

SUSAN CLAUSINGS                                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 5th day of September 2012.


                                                /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE